## IN THE UNITED STATES COURT OF APPEALS
### FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 18, 2013

No. 12-20560

Lyle W. Cayce
Clerk

BALRAM R. JERRY,

Plaintiff - Appellant

v.

FLUOR CORPORATION; FLUOR ENTERPRISES, INCORPORATED

Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Houston
4:10-CV-1505

Before JOLLY, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

After carefully reviewing the record and considering the briefs of the parties and argument of counsel, we are satisfied the evidence adequately supports the jury's verdict.

We also conclude that the trial court committed no reversible error in its evidentiary rulings that appellant challenges in this appeal. We, therefore, affirm the judgment of the trial court entered on the jury's verdict.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.